John G. Johnson, Appellee, v. J. B. Lynch, Appellant. Gen. No. 45,181.

Michael A. Gerrard, for appellant; Hart E. Baker, of counsel; Sidney Rosenblum, for appellee; Leon S. Meyer, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed October 31, 1950; released for publication November 22, 1950.

Charles Hubert, Appellee, v. C. D. Bertolino, Appellant. Gen. No. 9,703.

Hemphill & Kelsey, for appellant; D. A. McGrady, for appellee. Opinion by JUSTICE WHEAT. Not to be published in full. Opinion filed November 2, 1950; released for publication November 28, 1950.